# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

Perry Cline

v.

Sunoco Partners Marketing & Terminals, L.P. and Sunoco, Inc. (R&M)

Case No. 20-7064 & 20-7072

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

The Chamber of Commerce of the United States of America
*Party or Parties*

Amicus Curiae, in the subject case(s).
*Appellant/Petitioner or Appellee/Respondent*

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☑ There are no such parties, or any such parties have heretofore been disclosed to the court.

Michael Francisco
Name of Counsel

Name of Counsel

/s/ Michael Francisco
Signature of Counsel

Signature of Counsel

McGuireWoods LLP
888 16th Street N.W., Suite 500
Washington, DC 20006
Mailing Address and Telephone Number

Mailing Address and Telephone Number

E-Mail Address mfrancisco@mcguirewoods.com

E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) 3/10/2021    via (state method of service) CM/ECF    .

to All Counsel of Record
(*See* Fed. R. App. P. 25(b))

/s/ Michael Francisco
(Signature)

**A-5** Entry of Appearance Form 10/09